# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

VIRGINIA COLLEGE, LLC,

    Plaintiff,

v.

SSF SAVANNAH PROPERTIES, LLC;
POLE POSITION RACEWAY, INC.;
SAVANNAH RACEWAY, LLC; and
P2R KARTING, INC.,

    Defendants.

Case No. CV415-010

## **ORDER**

As reflected by the parties' Rule 26(f) report, the district judge has established an abbreviated discovery schedule for this case. Rather than entering its typical scheduling order, the Court simply instructs the parties to adhere to the court-imposed deadlines set forth in their report (doc. 27).

**SO ORDERED** this 19th day of February, 2015.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

1