IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| SSF SAVANNAH PROPERTIES, LLC ) | |
| ) | |
| v. ) | CV 415-10 |
| ) | |
| SAVANNAH RACEWAY, LLC, EYAL ) | |
| FARAGE, and KAREN FARAGE, ) | |
| Defendants and Counter- ) | |
| Claimants ) | |
| | |
| SAVANNAH RACEWAY, LLC, EYAL ) | |
| FARAGE and KAREN FARAGE, ) | |
| ) | |
| Third-Party Plaintiffs, ) | |
| v. ) | |
| ) | |
| URBAN RETAIL PROPERTIES, LLC, ) | |
| ) | |
| Third-Party Defendant. ) | |

## ORDER

On April 3, 2015 the Court was notified that the above captioned case settled all remaining claims.

Accordingly, the Court directs the Clerk to **ADMINISTRATIVELY CLOSE** this action. See Heape v. Flanagan, CV607-12, 2008 WL 2439736 (S.D. Ga. June 9, 2008).

Within sixty (60) days of the date this order is entered, the parties may present a dismissal judgment, pursuant to Federal Rule of Civil Procedure 41(a)(2), incorporating the terms of the parties' settlement, so the Court may retain jurisdiction to enforce the agreement. If the parties elect not to file a dismissal judgment as described above, the Court will dismiss the case with prejudice. Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375, 381-82

(1994).

**SO ORDERED**, this 2] day of April, 2015.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA